PS 42
(Mid DCO)

# United States District Court
### District of Colorado

United States of America

vs

GREGORY HOUSTON

Case No. 04-cr-00282-EWN

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, GREGORY HOUSTON, have discussed with Gary R. Kruck, Senior U.S. Probation Officer, modification of my release as follows:

1) The defendant shall ingest monitored antabuse if not medically contraindicated.

2) The defendant shall refrain from the use of alcohol.

I consent to this modification of my release conditions and agree to abide by this modification.

_Gregg Houston_   12/1/06        _Gary R. Kruck_   12/1/06
Signature of Defendant   Date     Senior U.S. Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    12/6/06
Signature of Defense Counsel    Date

_[signature]_    12/6/06
Signature of Assistant U.S. Attorney    Date

[ ]   The above modification of conditions of release is ordered, to be effective on
_____.

[ ]   The above modification of conditions of release is not ordered.

_Gordon Rice_   12/14/06
Signature of Judicial Officer   Date