# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  04-cr-00082-EWN-01 |
| | USM Number:  32882-013 |
| GREGORY HOUSTON | Edward Harris, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 17, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Use of Alcohol | 11/17/06 |
| 2 | Use of Alcohol | 11/16/06 |
| 3 | Use of Alcohol | 09/20/06 |
| 4 | Use of Alcohol | 11/20/06 |
| 5 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 11/19/06 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 3, 2007
Date of Imposition of Judgment

s/ Edward W. Nottingham
Signature of Judge

Edward W. Nottingham
Chief U.S. District Judge
Name & Title of Judge

August 7, 2007
Date

DEFENDANT:  GREGORY HOUSTON
CASE NUMBER:  04-cr-00082-EWN-01                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 6 | Possession and Use of a Controlled Substance | 08/24/05 |
| 7 | Possession and Use of a Controlled Substance | 08/15/05 |
| 8 | Possession and Use of a Controlled Substance | 08/08/05 |
| 9 | Possession and Use of a Controlled Substance | 05/04/05 |
| 10 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 10/22/06 |
| 11 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 06/29/05 |
| 12 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 11/13/06 |
| 13 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 01/24/06 |
| 14 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 06/22/06 |
| 15 | Use of Alcohol | 03/12/07 |
| 16 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 04/30/07 |
| 17 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 01/30/07 |

DEFENDANT:  GREGORY HOUSTON
CASE NUMBER:  04-cr-00082-EWN-01                                                                Judgment-Page 3 of 3

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____

DEFENDANT:  GREGORY HOUSTON
CASE NUMBER:  04-cr-00082-EWN-01                                            Judgment-Page 4 of 3

                                                                    Deputy United States Marshal